People v Konneh (2020 NY Slip Op 51524(U))

[*1]

People v Konneh (Mohammad)

2020 NY Slip Op 51524(U) [70 Misc 3d 130(A)]

Decided on December 18, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 18, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Cooper, J.P., Higgitt, McShan JJ.

570095/12

The People of the State of New York,
Respondent, 
against
Mohammad Konneh,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (John Cataldo, J.H.O.), rendered September 5, 2012, after a nonjury trial,
convicting him of reckless driving, and sentencing him to a $525 fine.

Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered September 5, 2012, reversed, as a
matter of discretion in the interests of justice, and matter remanded for a new trial.
The confluence of the trial judge's, sua sponte, raising and considering defendant's recent
prior conviction for the same offense, and the extreme number of inaudible gaps in the trial
transcript, convinces us that a new trial should be granted.
In light of our disposition, we reach no other issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 18, 2020